CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Butler et al.

_____
                    Plaintiff(s)

vs.                                                    Civil Action No.: 1:20-CV-02514

Democratic People's Republic of Korea

_____
                    Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Democratic People's Republic of Korea
a/k/a North Korea
c/o Foreign Minister RI Son-gwon
Ministry of Foreign Affairs
Jung song-dong; Central District
Pyong Yang, DRK

by: (check one)    ☑  certified or registered mail, return receipt requested
                   ☐  DHL
                   ☐  Fed Ex

pursuant to the provisions of: (check one)
                   ☐  FRCP 4(f)(2)(C)(ii)
                   ☑  28 U.S.C. § 1608(a)(3)
                   ☐  28 U.S.C. § 1608(b)(3)(B)
                   ☐  28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): United States of America, Foreign Sovereign Immunities Act, 28 USC 1608(a)(3), and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

                                                        Robert J. Tolchin
                                                     _____
                                                           (Signature)

The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, New York 11201

                                                       (Name and Address)