CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Butler et al.

_____

Plaintiff(s)

vs.                                              Civil Action No.:  __1:20-CV-02514__

Democratic People's Republic of Korea

_____

Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

     I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Democratic People's Republic of Korea
via diplomatic service c/o Director, Special Consular Services, U.S. Department of State, CA/OCS/L, SA-17, 10th Floor, Washington, DC 20522-1710

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☐ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☐ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☑ 28 U.S.C. § 1608(a)(4)

     I certify that this method of service is authorized by the domestic law of (name of country): __United States of America, Foreign Sovereign Immunities Act, 28 USC 1608(a)(4)__, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____/S/ Robert J. Tolchin_____
(Signature)

The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, New York 11201

(Name and Address)