IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------X

DANI BUTLER, *et al.*,

                     Plaintiffs,                Docket No: 20-cv-02514 (EGS)

              -against-

DEMOCRACTIC PEOPLE'S REPUBLIC OF KOREA, *et al.*,

                     Defendant.

------------------------------------------------------------------X

## STATUS REPORT

Pursuant to the Court's minute order of June 4, 2021, Plaintiffs respectfully submit this status report to update the Court.

On November 18, 2020 Plaintiffs requested that the Clerk mail service of process on Defendant Democratic People's Republic of Korea ("North Korea") by <u>registered</u> mail. (Dkt. #6). On October 26, 2020 the Clerk docketed an unnumbered notice that the "Clerk's Office is unable to effect service via the U.S. Post Office." After some discussion with the Clerk, another request was filed on November 18, 2020 (Dkt. # 7), with a document submitted by mail which was docketed December 7, 2020 (Dkt. # 8). On December 7, 2020, the Clerk docketed a certificate of service by <u>first class</u> mail (DE 9). For a period it went overlooked by Plaintiffs' counsel that the requested service was for registered mail but the Clerk had served by first class, non-registered mail. On June 1, 2021, the Clerk advised Plaintiffs' counsel by telephone that because of the COVID-19 pandemic the Clerk was not making trips to the Post Office, and therefore the Clerk is not presently able to effectuate service of process using registered mail.

Since service by registered mail, as permitted by 28 U.S.C. § 1608(a)(3) is thus not possible at this time, Plaintiffs progressed to the next option, service by diplomatic service, as permitted by § 1608(a)(4), when service by mail "cannot be made," *id.*

On June 9, 2021 a request for service by diplomatic means was docketed (Dkt. # 10), and related documents sent to the Clerk in paper form were docketed by the Clerk on June 22, 2021 (Dkt. # 11). Also on June 22, 2021 the Clerk docketed a Certificate of Clerk indicating that the requisite documents were served on the U.S. Department of State for diplomatic service (Dkt. # 12). Plaintiff is now awaiting action from the State Department, which typically takes several months.

Plaintiffs respectfully submit that December would be a reasonable interval for a further status report. Obviously, if we receive proof of service of process before then we will docket it.

Dated:   Brooklyn, New York
         June 24, 2021

                                                  Respectfully submitted,

                                                  THE BERKMAN LAW OFFICE, LLC
                                                  *Attorneys for Plaintiffs*

By: _____
                                                Robert J. Tolchin
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627