IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------------X

DANI BUTLER, *et al.*,

                Plaintiffs,　　　　　　　Docket No: 20-cv-02514 (EGS)

              -against-

DEMOCRACTIC PEOPLE'S REPUBLIC OF KOREA, *et al.*,

                Defendant.

-------------------------------------------------------------------X

## STATUS REPORT

In keeping with the Court's minute order of October 4, 2021, Plaintiffs respectfully submit this status report to update the Court on the status of service.

Plaintiffs previously requested the Clerk of the Court mail service of process on the Democratic People's Republic of Korea ("North Korea") by registered mail. (DE 5). However, on or about December 7, 2020, the Clerk of the Court docketed service of process, which revealed service of process was by regular mail. (DE 9). On June 1, 2021, the Clerk of the Court advised us by telephone that because of the COVID 19 pandemic the Clerk's office is not making trips to the U.S. Post Office. Therefore, the Clerk of the Court is not able to at this time effectuate service of process using registered mail. In light of the above, on June 9, 2021, plaintiffs requested diplomatic service of process on North Korea. (DE 10). On June 22, 2021, the Clerk of the Court docketed the certificate of mailing to the U.S. Department of State for diplomatic service of process. (DE 11). Plaintiffs await proof of diplomatic service of process from the U.S. Department of State.

After diplomatic service of process upon North Korea, should North Korea fail to answer the Complaint, Plaintiffs will file a default judgment motion against North Korea.

Plaintiffs respectfully submit that April would be a reasonable interval for a further status report. Obviously, if we receive proof of service of process before then we will docket it.

Plaintiffs thank the Court for its efforts in this matter and wish the Court and its staff health and safety in this difficult time and best wishes in the holiday season.

Dated:   Brooklyn, New York
            December 15, 2021

                                    Respectfully submitted,

                                    THE BERKMAN LAW OFFICE, LLC
                                    *Attorneys for Plaintiffs*

By: _____
                                    Robert J. Tolchin
                                  111 Livingston Street, Suite 1928
                                  Brooklyn, New York 11201
                                  718-855-3627