**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

------------------------------------------------------------------ X

DANI BUTLER, *et al.*,

                          Plaintiffs,                          Docket No: 20-cv-02514 (EGS)

               -against-

DEMOCRACTIC PEOPLE'S REPUBLIC OF KOREA, *et al.*,

                        Defendant.

------------------------------------------------------------------ X

## STATUS REPORT

       In keeping with the Court's minute order of August 16, 2022, Plaintiffs respectfully submit this status report to update the Court on the status of service.

       Plaintiffs previously requested the Clerk of the Court mail service of process on the Democratic People's Republic of Korea ("North Korea") by registered mail. (DE 5). However, on or about December 7, 2020, the Clerk of the Court docketed service of process, which revealed service of process was by regular mail. (DE 9). On June 1, 2021, the Clerk of the Court advised us by telephone that because of the COVID 19 pandemic the Clerk's office is not making trips to the U.S. Post Office. Therefore, the Clerk of the Court is not able to at this time effectuate service of process using registered mail. In light of the above, on June 9, 2021, plaintiffs requested diplomatic service of process on North Korea. (DE 10). On June 22, 2021, the Clerk of the Court docketed the certificate of mailing to the U.S. Department of State for diplomatic service of process. (DE 11).

On November 16, 2022, I reached out to the U.S. Department of State and was advised that the U.S. Department of State did receive the request for diplomatic service of process. I was also advised that the delay in the diplomatic service of process involved questions about how to go about serving the defendant, and that two attorneys with the U.S. Department of State that work on FSIA cases are reviewing the request, along with requests for two other cases pending in this Court against the same defendant. We will follow-up with the U.S. Department of State until we receive verification of the precise reason for the delay in diplomatic service of process. Plaintiffs continue to await proof of diplomatic service of process from the U.S. Department of State.

After diplomatic service of process upon North Korea, should North Korea fail to answer the Complaint, Plaintiffs will file a default judgment motion against North Korea.

Plaintiffs respectfully submit that March 27, 2023 would be a reasonable interval for a further status report. Obviously, if we receive proof of service of process before then we will docket it.

Plaintiffs thank the Court for its efforts in this matter and wish the Court and its staff health and safety in this difficult time and best wishes in the holiday season.

Dated:   Brooklyn, New York
         December 11, 2022

                                    Respectfully submitted,

                                    THE BERKMAN LAW OFFICE, LLC
                                    *Attorneys for Plaintiffs*

                                    by: _____
                                         Robert J. Tolchin

                                    829 East 15th Street
                                    Brooklyn, New York 11230
                                    718-855-3627
                                    rtolchin@berkmanlaw.com