IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------------ X

DANI BUTLER, *et al.*,

                Plaintiffs,                  Docket No: 20-cv-02514 (EGS)

       -against-

DEMOCRACTIC PEOPLE'S REPUBLIC OF KOREA, *et al.*,

                Defendant.

------------------------------------------------------------------------ X

## STATUS REPORT

In keeping with the Court's minute order of December 12, 2022, Plaintiffs respectfully submit this status report to update the Court on the status of service.

Plaintiffs previously requested the Clerk of the Court mail service of process on the Democratic People's Republic of Korea ("North Korea") by registered mail. (DE 5). However, on or about December 7, 2020, the Clerk of the Court docketed service of process, which revealed service of process was by regular mail. (DE 9). On June 1, 2021, the Clerk of the Court advised us by telephone that because of the COVID 19 pandemic the Clerk's office is not making trips to the U.S. Post Office. Therefore, the Clerk of the Court is not able to at this time effectuate service of process using registered mail. In light of the above, on June 9, 2021, plaintiffs requested diplomatic service of process on North Korea. (DE 10). On June 22, 2021, the Clerk of the Court docketed the certificate of mailing to the U.S. Department of State for diplomatic service of process. (DE 11).

On November 16, 2022, I reached out to the U.S. Department of State and was advised that the U.S. Department of State did receive the request for diplomatic service of process. I was also advised that the delay in the diplomatic service of process involved questions about how to go about serving the defendant, and that two attorneys with the U.S. Department of State that work on FSIA cases were reviewing the request, along with requests for two other cases pending in this Court against the same defendant. This much was stated in our last Status Report of December 11, 2022.

On June 7, 2023 I received a status update letter from the State Department, a copy of which is attached as Exhibit A. In sum, it says that because the US does not have diplomatic relations with North Korea the State Department lacks a present means of carrying out diplomatic service, though "[t]he Department continues to explore options to facilitate the service of process on the DPRK consistent with the provisions of the Foreign Sovereign Immunities Act." (Ex. A).

After diplomatic service of process upon North Korea, should North Korea fail to answer the Complaint, Plaintiffs will file a default judgment motion against North Korea.

In the meanwhile, however, it appears there is nothing to be done.

Plaintiffs respectfully submit that December 2023 would be a reasonable interval for a further status report. Obviously, if we receive proof of service of process before then we will docket it.

Plaintiffs thank the Court for its efforts in this matter.

Dated:   Brooklyn, New York
         June 8, 2023

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for Plaintiffs*

by: _____
      Robert J. Tolchin

829 East 15th Street, Box 7
Brooklyn, New York 11230
718-855-3627
rtolchin@berkmanlaw.com