UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X

HAN KIM, *et al.*,

                              Plaintiffs,                    Civil Action No: 09-648 (RWR)

              -against-

DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, *et al.*,

                              Defendants.

---------------------------------------------------------------X

## DECLARATION OF DO HEE-YOUN

I, Do Hee-Youn, of Seoul, South Korea pursuant to 28 USC § 1746, declare the following statements to be true, subject to the penalties of perjury:

1. I am a member of the Citizen's Coalition for Human Rights of Abductees and North Korean Refugees ("C.H.N.K") based in Seoul, South Korea as well as a Co-Representative of the Antihuman Crime Investigation Committee, also of Seoul, South Korea.

2. As a result of my efforts with the above organizations, I have a network of individuals that have supplied me with information concerning North Korean matters over the years in both North Korea and China. My organization refers to these individuals as our 'information net,' and many of these individuals are kept confidential to ensure their safety from potential retribution against them by the North Korean government.

3. As I continue to conduct a private investigation into the disappearance of Reverend Kim Dong-Shik ("Reverend Kim") on occasion I also communicate with my government counterparts. These individuals are also confidential by necessity.

4. Amongst past and present members of my organization C.H.N.K., are individuals who worked with Reverend Kim such as elder Bae Hae Hyun in his Christian mission work as well as his human rights efforts on behalf of North Korean defectors.

5. In fact, C.H.N.K. continues to be closely involved with North Korean issues.

6. I became aware of Reverend Kim's disappearance from elder Bae Jae Hyun, who had been with Reverend Kim shortly before that disappearance. More specifically, it is my understanding that while in China, Reverend Kim had failed to appear for a scheduled meeting in January 2000, and that he could not be found subsequently.

7. Immediately thereafter, a rescue effort was made by past and current members of my organization as well as other individuals who had been assisted by Reverend Kim, our assumption being that he had been abducted by the North Korean government as many North Korean defectors had been.

8. It is a well-known fact in South Korea that North Korean defector and former North Korean Security official Lee Chun Kil has detailed his work on behalf of the North Korean government with regards to the abduction

of defectors in a book he authored, although this does not include Reverend Kim.

9. Those involved in Reverend Kim's rescue effort have included but are not limited to the deceased Reverend Lee Suh, elder Bae Jae Hyun and the son of Reverend Kim.

10. We have also been assisted by members of a group of thirteen (13) North Korean defectors who were able to escape first to Mongolia and then to South Korea through the direct efforts of Reverend Kim, that include Cho Bong Il.

11. I heard at different times from individuals in the information net, more specifically by missionary Lee Yun Gil and Hong Seung Man that Reverend Kim had been taken to North Korea.

12. Three members of South Korea's National Intelligence System ("NIS") who have been among the government investigators of Reverend Kim's disappearance have also shared with me their belief that Reverend Kim was abducted by the North Korean government.

13. Eventually through the information net, I received word that Reverend Kim had died in North Korea as a result of torture and malnutrition in February, 2001.

14. I personally attended the trial of Liu Yong Hua, which on April 21, 2005 resulted in Liu's conviction for the abduction of Reverend Kim as well as various other North Korean defectors on behalf of the North Korean government.

15. Liu was found to have been among a group of North Korean security agents as well as Chinese-Korean recruits who engaged in the above abductions on behalf of the North Korean government.

16. Additionally, I was able to alert the South Korean authorities when an individual named Kim Mo arrived in the country as a result of what I learned from the information net, which led to his arrest and trial for the abduction of Reverend Kim.

17. I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: /-7-//
       Seoul, Korea

                                 **Do Hee-Youn**