CO 226
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

DANI BUTLER, et al.,

_____
                        Plaintiff(s)

vs.                                                         Civil Action No.: __20-cv-02514____

DEMOCRATIC PEOPLE'S REPUBLIC OF
KOREA,

_____
                        Defendant(s)


## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk dispatch for mailing a copy of the order                    (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

via diplomatic service c/o Director, Special Conselor Services, U.S. Department of State, CA/OCS/L, SA-17, 10th Floor, Washington, DC 20522-1710.


by: (check one)          ☐    certified or registered mail, return receipt requested
                         ☐    DHL
                         ☑    Fed Ex
pursuant to the provisions of: (check one)
                         ☐    FRCP 4(f)(2)(C)(ii)
                         ☐    28 U.S.C. § 1608(a)(3)
                         ☐    28 U.S.C. § 1608(b)(3)(B)
                         ☑    28 U.S.C. § 1608(a)(4)


I certify that this method of service is authorized by the domestic law of (name of country):
_United States of America, Foreign Soveregin Immunities Act, 28USC 1608(a)(4)_, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

                                        _____/S/ Robert J. Tolchin, Esq._____
                                                    (Signature)
                                        The Berkman Law Office,LLC
                                        829 East 15th Street, Box 7
                                        Brooklyn, New York 11230


                                                (Name and Address)