# THE BERKMAN LAW OFFICE, LLC

829 E 15TH STREET, BROOKLYN, NY 11230 | P 718.855.3627 F 718.855.4696 | BERKMANLAW.COM

December 23, 2025

**BY HAND**
Angela D. Caesar
Clerk
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

> **Re:** ***Dani Butler, et al. v. Democratic People's Republic of Korea.***
> **Docket no. 20-cv-02514 (ACR)**

Dear Ms. Caesar:

We represent plaintiffs in the above-captioned matter. We write to request that the Clerk effect service pursuant to 28 U.S.C. § 1608(a)(4) on Defendants the Democratic People's Republic of Korea ("Korea") by diplomatic means.

Please find enclosed a copy of the ECF Notice of Electronic Filing of the Affidavit Requesting Foreign Mailing on Korea and the following documents ready for service:

1. A copy of the Judgment in this action with a translation thereof into Korean.
2. A copy of the Court's Memorandum Opinion.
3. A copy of the Notice of Judgment in this action with a translation thereof into Korean.

Also enclosed is a cover letter addressed to the State Department, and a bank check payable to the State Department for their fee in the amount of $2,275.

Pursuant to § 1608(a)(4), which requires that the envelope be addressed and dispatched by the Clerk of the Court to the State Department, I respectfully request that you proceed as follows:

Place the documents meant for Defendant Syria into an envelope and send it by FedEx to the following address:
**U.S. Department of State**
**L/CA/POG/GC, SA-17, 10th Floor**
**Washington, DC 20522-1710**
**Attn: FSIA**

Please make the appropriate docket entries reflecting both the receipt of this request and the sending of the packages.

If you have any questions or need anything further, please do not hesitate to contact me.

Respectfully yours,

Robert J. Tolchin

Enc.